**COMPLAINT AND PETITION FOR WRITS OF MANDAMUS, QUO WARRANTO, AND AUDITS IN ARTICLE III COURT**

**Prepared by: Jane Doe**

**Court Name:** UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

**Court Address: 231 West Lafayette Boulevard, Room 300, Detroit, MI 48226-2782**

**Court Telephone Number:** (313) 234-5000

Case: 2:24-cv-12956
Assigned To : Berg, Terrence G.
Referral Judge: Altman, Kimberly G.
Assign. Date : 10/29/2024
Description: CMP DOE V USA ET AL (SS)

**Jane Doe,**
Plaintiff,

℅ 220 W. Congress St, Floor 2. Detroit Michigan. [Near 48226]
on behalf of **"WE THE PEOPLE,"**
and millions of individuals residing in the United States of America and globally,

**Rick Martin**

Assistant Counsel of Record,

℅ 220 W. Congress St, Floor 2. Detroit Michigan. [Near 48226]

vs.

**UNITED STATES,**
**NATO (North Atlantic Treaty Organization),**
**BIDEN ADMINISTRATION,**
and individuals acting on behalf thereof,

**Defendants.**
_____/

**Civil Action Case No.: _____**
**Judge: _____**

1

**COMPLAINT AND PETITION FOR WRITS OF MANDAMUS, QUO WARRANTO, AND AUDITS**
**Request for Immediate Temporary Restraining Order (TRO)**

---

**INTRODUCTION**

The Plaintiff, **Jane Doe**, by and through her Assistant Counsel Of Record **Rick Martin**, brings this action against the **United States of America**, **NATO**, and the **Biden Administration** for their involvement in escalating tensions toward a potential nuclear war, rather than pursuing diplomatic and peaceful resolutions with Russia, China, Iran, and other international countries. These actions are alleged to constitute **crimes against humanity**, with severe repercussions for the environment and human survival, in violation of national and international laws, trust law, and the laws of nature.

This lawsuit seeks an immediate **Temporary Restraining Order (TRO)** halting all military escalations, orders a thorough forensic audit of all financial and political dealings related to the conflict, and calls for accountability of public officials through the requested writs.

---

**JURISDICTION AND VENUE**

1. **Jurisdiction**: This Court has jurisdiction under:
    - **28 U.S.C. § 1331** (federal question jurisdiction), as this case arises under the U.S. Constitution, international treaties, U.S. laws, including but not limited to the **Constitutional War Powers Clause**, **U.S. treaties** under Article VI (Supremacy Clause), and federal statutes governing national security and diplomacy.
    - **28 U.S.C. § 1346** (United States as a Defendant), permitting claims against the U.S. government.
    - **28 U.S.C. § 1361** (mandamus jurisdiction), as the Plaintiff seeks to compel the Defendants to fulfill their legal obligations, including negotiating peace.
2. **Venue**: Venue is proper in the Eastern District of Michigan pursuant to **28 U.S.C. § 1391** because the Plaintiff resides in this district and the actions of the Defendants affect U.S. citizens residing in this district.

**Jurisdictional Declaration**

The Plaintiff, Jane Doe, hereby declares and reserves all inherent rights under UCC 1-308, affirming her status as private individuals and self-governing non-combatants. Her role in this matter does not confer upon this Court general jurisdiction over her persons, but solely an acknowledgment of this Court's authority to adjudicate claims against the Defendants, which include the United States, NATO, the Biden Administration, and their representatives. This declaration is further reinforced by foundational legal principles of personal sovereignty, including those enshrined in Article I of the U.S. Constitution, common law precedents, and natural law.

Therefore, this Court's jurisdiction is confined to adjudicating the actions of the Defendants to ensure due process and remedy within the scope of this case. Any attempt to extend jurisdiction over the Plaintiff or Assistant Counsel of Record shall be deemed an overreach and is expressly waived by her sovereign reservation of rights.

---

**PARTIES**

1. **Plaintiff: Jane Doe**, a private Michiganian, National of the United States, located in Michigan, representing himself pro se, acting on behalf of **"We the People,"** which includes millions of individuals worldwide who are directly affected by the escalation of nuclear conflict.
2. **Defendants**:
   - **United States of America**, including its federal government, military, and agencies responsible for foreign policy and defense.
   - **NATO**, an international military alliance that has engaged in actions relevant to the escalating war.
   - **Biden Administration**, which represents the current U.S. government leadership under President **Joseph R. Biden**.

---

**STATEMENT OF FACTS**

1. **Escalation of War:** The Defendants, through their actions, have escalated a military conflict with Russia, including the involvement of NATO forces, without sufficient effort to reach a peace agreement, despite Russia's prior offers for negotiation.

2. **Environmental and Human Risk:** The continued threat of nuclear war, posed by these escalations, risks catastrophic environmental damage, including long-lasting radioactive fallout, which would devastate ecosystems and human life across the globe.
3. **Diplomatic Failure:** Defendants have failed to act in good faith to bring about peace talks with Russia, China, Iran, and other nations, exacerbating tensions and global instability. In the event that peace negotiations have been initiated or agreed upon during the pendency of this filing, such developments shall be disclosed on the record for the benefit and assurance of THE PEOPLE.
4. **Eminent Domain and Territorial Disputes:** The Plaintiff asserts that a peaceful resolution would involve Ukraine conceding a portion of the territory Russia claims, subject to a petition or vote by the people residing in that area. This approach, rooted in eminent domain principles, is an alternative to unnecessary military action.
5. **Biolabs and Global Security:** There is widespread concern about biolabs and other dangerous creations in conflict zones, which pose an existential threat to global safety. The Plaintiff argues that no such labs should be allowed to threaten human life.

---

**DECLARATION OF INTENT**

I, Jane Doe, declare the following:

1. **Introduction**
   We the People and International People demand a peace agreement between Iran and Israel. The world has witnessed the devastating consequences of war and conflict throughout history. In light of this, it is imperative that we prioritize dialogue, understanding, and peaceful resolution over chaos, anger, and further loss of life.
2. **Context and Rationale**
   The ongoing conflicts between nations have led to immeasurable suffering, and while the damage caused by past wars cannot be undone, it is our collective responsibility to seek a better path forward. It is our belief that by fostering a spirit of

     cooperation and understanding, we can prevent the repetition of history's darkest chapters.

3. **Call for Action**
   We hereby call upon the leaders of Iran, Israel, and the United States to engage in negotiations aimed at achieving lasting peace. Public officials are urged to act in the best interests of their citizens, prioritizing safety, freedom, and well-being over political posturing.

4. **Legal References for Guidance**
   We propose the following suggestions and legal references to facilitate this peace initiative:
   - **International Legal Frameworks:** Adhere to the principles outlined in the United Nations Charter, International Humanitarian Law, and the Nuclear Non-Proliferation Treaty (NPT) to ensure compliance with global standards for peace and security.
   - **Bilateral and Multilateral Agreements:** Utilize successful models such as the Israel-Egypt Peace Treaty and the Israel-Jordan Peace Treaty as frameworks for negotiations. Additionally, the Arab Peace Initiative and other multilateral agreements can provide a basis for dialogue.
   - **Engagement with Civil Society:** Encourage collaboration with NGOs focused on human rights and conflict resolution to promote public awareness and support for peace initiatives.

5. **Importance of Public Support**
   It is essential for public support to be garnered in both countries, emphasizing the benefits of peace through campaigns that promote understanding and cooperation. This engagement should involve citizens actively participating in discussions about their future.

6. **Commitment to Peace**
   We affirm that fostering dialogue and cooperation is not only a moral imperative but also a legal obligation under relevant laws that govern state actions. Both nations must demonstrate their commitment to peace and the well-being of their people.

7. **Enhancing Accountability and Transparency: Anti-Corruption Frameworks:** International laws that promote anti-corruption efforts can strengthen Iran's General Inspectorate (GII) by providing a framework for accountability. Compliance with these laws can improve governance by encouraging the investigation and prosecution of corrupt practices, which can lead to better public trust in governmental institutions.

5

8. **Investment Protection:** International investment treaties can provide legal protections for foreign investors in Iran, encouraging foreign direct investment (FDI) and fostering economic development.
9. **Promoting Human Rights:** International human rights laws can guide Iran in enhancing the protection of individual rights and freedoms. This can lead to improvements in areas such as freedom of expression, assembly, and association, which may enhance societal stability and promote a more inclusive political environment.
10. **Strengthening Cultural Diplomacy:** Adhering to international cultural agreements can enhance cultural exchanges, promoting understanding and collaboration with other nations. This can include art exhibitions, academic collaborations, and educational programs that help to break down cultural barriers.
11. **Soft Power Enhancement:** Engaging with international cultural initiatives can improve Iran's global image, allowing it to project soft power and foster better diplomatic relations.
12. **Encouraging Environmental Protection:** Participation in international environmental treaties can help Iran address environmental challenges, such as air and water pollution. Compliance with international standards can promote sustainable practices, benefiting public health and preserving natural resources. Engaging in international environmental laws can provide access to funding and technology transfers for renewable energy projects, helping Iran diversify its economy away from fossil fuels.
13. **Improving International Relations:** Complying with international laws can help Iran build constructive relationships with other countries, potentially easing sanctions and improving trade relations. Adhering to international norms can signal Iran's willingness to engage positively with the global community.
14. **Conclusion**
    The time has come for the leaders of Iran, Israel, and the United States to work collaboratively toward a future free from conflict. We urge all parties to remember that we are here to teach each other how to live peacefully. Let us strive to create an environment where respect, understanding, and cooperation prevail over division and hostility.

**CLAIMS FOR RELIEF**

**Count I: Violation of International Humanitarian Law (Crimes Against Humanity)**
Defendants have willfully escalated a military conflict, knowing the potential for catastrophic environmental and humanitarian harm, in violation of international laws, including the **Geneva Conventions** and **Hague Conventions**.

**Count II: Failure to Fulfill Fiduciary Duties**
Defendants, as public officials, have failed in their fiduciary duties to protect U.S. citizens and the global community by neglecting peaceful alternatives to war. This violates public trust, **federal laws**, and international law.

**Count III: Violation of U.S. Constitutional Law**
The Defendants' actions are inconsistent with the U.S. Constitution's **War Powers Clause** and the duty to promote **general welfare** under the **Preamble**. The government has overstepped its authority by engaging in prolonged military actions without proper congressional approval or public consent.

**Count IV: Violation of Trust Law and Natural Law**
The Defendants' actions conflict with natural law principles and the duties entrusted to them by **'We the People.'** Trust law dictates that government actions must align with the welfare of the nation and the global community, emphasizing the law of the land as a guiding principle to ensure that all actions serve the best interests of the populace.

---

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

1. **Temporary Restraining Order (TRO):** An immediate order halting all military escalations and requiring the Defendants to pursue diplomatic resolutions with Russia and other involved nations.
2. **Forensic Audit:** A thorough audit of all financial, security, and political dealings related to the conflict from 2004-2024, with a report submitted to the U.S. Treasury and monitored for public transparency.
3. **Writs of Mandamus and Quo Warranto:**
    - A writ of **mandamus** to compel the Defendants to fulfill their fiduciary duties to seek peace and act in the public's best interests.

- - A writ of **quo warranto** demanding the Defendants provide their legal authority to escalate war, absent public consent or international approval.
4. **Accountability of Government Officials**: All public officials involved in escalating the war are ordered to provide their **oath of office, insurance bond,** and other lawful documentation, including their **FARA registration.**
5. **Permanent Injunction**: A permanent order preventing the Defendants from engaging in any further military escalations unless there is broad public support and international cooperation.

---

### DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues triable in accordance with the rights guaranteed under **Article III of the U.S. Constitution.**

---

**Dated:** 10/29/2024


**Respectfully submitted,**


*Accepted by: Jane Doe*

**Jane Doe, Pro se**
**Plaintiff** on behalf of **"We the People"**

**Done in good faith**

**With Prejudice**

**All Rights Reserved UCC 1-308**

**Contact No. +1-586-565-0977**

**Mailing Address**
**℅ 220 W. Congress St**
**Floor 2, #1006**
**Detroit, Michigan. [Near 48226]**

8